# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 10, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-686** |
| | : | |
| **DONALD HAZARD,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1512(k)** |
| **Defendant.** | : | **(Conspiracy to Commit Obstruction of an** |
| | : | **Official Proceeding)** |
| | : | **18 U.S.C. §§ 1512(c)(2), 2** |
| | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| | : | **18 U.S.C. § 111(a)(1) and (b)** |
| | : | **(Assaulting, Resisting, Impeding** |
| | : | **and Inflicting Bodily Injury on Certain** |
| | : | **Officers)** |
| | : | **18 U.S.C. § 111(a)(1)** |
| | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(4)** |
| | : | **(Engaging in Physical Violence in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **40 U.S.C. § 5104(e)(2)(F)** |
| | : | **(Act of Physical Violence in the Capitol** |
| | : | **Grounds or Buildings)** |

# INDICTMENT

The Grand Jury charges that, at all times material to this Indictment, on or about the dates stated below:

## Introduction

### *The 2020 United States Presidential Election and the Official Proceeding on January 6, 2021*

1.      The 2020 United States Presidential Election occurred on November 3, 2020.

2.      The United States Electoral College ("Electoral College") is a group required by the Constitution to form every four years for the sole purpose of electing the president and vice president, with each state appointing its own electors in a number equal to the size of that state's Congressional delegation.

3.      On December 14, 2020, the presidential electors of the Electoral College met in the state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won sufficient votes to be elected the next president and vice president of the United States.

4.      On January 6, 2021, a Joint Session of the United States House of Representatives and the United States Senate (the "Joint Session") convened in the United States Capitol building (the "Capitol"). The purpose of the Joint Session was to open, count, and resolve any objections to the Electoral College vote of the 2020 U.S. Presidential Election, and to certify the results of the Electoral College vote ("Certification of the Electoral College vote") as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

### *The Attack at the Capitol on January 6, 2021*

5.      The Capitol is secured 24 hours a day by United States Capitol police ("Capitol Police"). The Capitol Police maintain permanent and temporary barriers to restrict access to the

Capitol exterior, and only authorized individuals with appropriate identification are allowed inside the Capitol building.

6.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

7.      On January 6, 2021, at approximately 1:00 p.m., the Joint Session convened in the Capitol building for the Certification of the Electoral College vote. Vice President Michael R. Pence presided, first in the Joint Session and then in the Senate chamber.

8.      A large crowd began to gather outside the Capitol perimeter as the Joint Session got underway. Crowd members eventually forced their way through, up, and over Capitol Police barricades onto the Capitol grounds and advanced to the building's exterior façade. Capitol Police officers attempted to maintain order and stop the crowd from entering the Capitol building, to which the doors and windows were locked or otherwise secured. Nonetheless, shortly after 2:00 p.m., crowd members forced entry into the Capitol building by breaking windows, ramming open doors, and assaulting Capitol Police officers. Other crowd members encouraged and otherwise assisted the forced entry. The crowd was not lawfully authorized to enter or remain inside the Capitol building or grounds, and no crowd member submitted to security screenings or weapons checks by Capitol Police or other security officials.

9.      Shortly thereafter, at approximately 2:20 p.m., members of the House and Senate (including Vice President Pence) were evacuated from their respective chambers. The Joint Session was halted while Capitol Police and other law-enforcement officers worked to restore order and clear the Capitol building and grounds of the unlawful occupants.

10.     Later that night, law enforcement regained control of the Capitol building and grounds. At approximately 8:00 p.m., the Joint Session reconvened, presided over by Vice President Pence, who had remained hidden within the Capitol throughout these events.

### *Conspirators*

11.     **DONALD HAZARD** ("**HAZARD**") is a resident of Fort Worth, Texas. **HAZARD** was a member of a militia group known as the "Patriot Boys of North Texas" and was asked to serve and agreed to serve as the Sergeant at Arms for the group.

12.     Co-conspirator 1 is a resident of Mansfield, Texas and is the self-described President of the "Patriot Boys of North Texas."

### COUNT ONE
### (18 U.S.C. § 1512(k)—Conspiracy to Obstruct Official Proceeding)

13.     The allegations in paragraphs 1 through 12 are realleged and incorporated by reference as if fully set forth in this paragraph.

14.     Between on or about December 21, 2020, and January 14, 2021, within the District of Columbia and elsewhere, the defendant, **DONALD HAZARD,** with Co-conspirator 1 and others, known and unknown, did conspire to corruptly obstruct, influence, and impede an official proceeding, to wit: the Certification of the Electoral College vote.

### Acts in Furtherance of the Conspiracy

### *Hazard's Planning Leading up to January 6, 2021*

15.     From at least December 21, 2020, and continuing up to and including January 6, 2021, **HAZARD** used Facebook to communicate with others to recruit members to his militia, to fund and plan for the January 6, 2021 rally, and to discuss his plans to engage in violence on January 6, 2021.

16.     On or about December 21, 2020, **HAZARD** and Co-conspirator 1 discussed a militia meeting that **HAZARD** was unable to attend. Co-conspirator 1 told **HAZARD** that the meeting "[w]ent great man. We're all good and solid. Trump himself is calling for a big protest in DC on January 6th. I'm not going to miss this one. If you can go, it's paid for."

17.     On or about December 25, 2020, Co-conspirator 1 and **HAZARD** exchanged the following messages:

| | |
|---|---|
| CO-CONSPIRATOR 1: | Hey if your trip is paid for can you go to DC? Leaving on the 5th, coming back 7th. I'm making you a sergeant at arms. |
| **HAZARD:** | I'm sure I could.sounds good man. What does a sergeant at arms do?as in What will be my responsibilities? |
| CO-CONSPIRATOR 1: | An SA watches the president's back. Kinda like security. |
| CO-CONSPIRATOR 1: | You'll have stripes on your hoodie and shirts. |
| **HAZARD:** | Oh ok. That sounds right up my alley. |
| CO-CONSPIRATOR 1: | You're perfect for that lol. |
| CO-CONSPIRATOR 1: | So the 6th is going to be bigger than the last rally. I can't tell you everything I know over media here but it's gonna be big. Millions and millions will be there I can tell you that. |
| CO-CONSPIRATOR 1: | We will need linking up with proud boys though. I've been in contact with a few different chapters and they're helping us out with safe hotels to get. |
| CO-CONSPIRATOR 1: | We'll be staying in the same hotels that they are. |
| **HAZARD:** | Cool bro let me look at the dates on the calendar. |
| CO-CONSPIRATOR 1: | Don't worry about money. Just get the days off of work if you can. |
| CO-CONSPIRATOR 1: | Tell your boss you're going to do your part saving the country from communist |

18.     On or about December 26, 2020, Co-Conspirator 1 messaged **HAZARD** that "DC is definitely on. Have plenty of money now. I just got a 1 thousand dollar donation from just one person for the trip. I have more donations coming in to." Co-conspirator 1 also asked **HAZARD** if he knew "any other guys that can go thats [sic] like us and will fight, we could use them. And it will be paid for."

19.     On or about December 28, 2020, Co-conspirator 1 told **HAZARD** "Got the room booked. We are teaming up with thousands of others that will be in the same hotel and the one around it. I wish I could tell you more but I can't over messenger. But bro, you're going to love it and it's going to be historic." Following that message, Co-conspirator 1 sent **HAZARD** a screenshot of a reservation from booking.com showing a reservation a hotel in Washington, D.C. ("Hotel-1"). In a message to another Facebook user, Co-conspirator 1 described the hotel as "the same place everyone else is getting in the Proud Boys crew and other militia's until it gets full." Information obtained from Hotel-1 confirmed that on December 28, 2020, Co-conspirator 1 booked a room at a hotel located in Washington, D.C. with a check-in date of January 5, 2021 and a check-out date of January 7, 2021.

20.     On or about December 30, 2020, Co-conspirator 1 messaged **HAZARD** stating, in relevant part, "I want to pick you up and take you to get a helmet and pick up some other gear. . . . We have 3 guys so far. But we are meeting hundreds of others at our hotel." Later, Co-Conspirator 1 informed **HAZARD** that Co-conspirator 1 had "picked us each up a bottle of police grade pepper spray from the Fort Worth Police Store . . . . I'm gonna have you a vest too." Co-conspirator 1 also sent **HAZARD** an image of sergeant stripes that would "be sewn in to your hoodie on the right front chest to show who are you" to which **HAZARD** responded

"Totally cool!!" The next day, Co-conspirator 1 reiterated to **HAZARD** that they had "to go our tomorrow and get you a helmet for yo head."

21.     **HAZARD** engaged in several conversations with other Facebook users where he attempted to recruit others to the militia. In a post from January 2, 2021, **HAZARD** stated to another Facebook user, in part, "I'm an American Patriot. I belong to a militia group that's affiliated with the proud boys." In another post on January 5, 2021, **HAZARD** stated, in part, "I'm with the patriot boy's north TEXAS chapter. We're affiliated with the proud boys which have folks of all races as there's several thousand members. It's not at all about race it's about patriotism and the willingness to protect property, communities, people, their livelihoods/businesses etc and to be willing to fight evil people who threaten these things or people."

22.     In another Facebook message on or about January 3, 2021, **HAZARD** stated "So in Washington DC BLM Plaza. Our goal is to take several thousand militia guys down there and kick them out of their own Plaza and take total control of it." **HAZARD** explained he "got a helmet knuckle gloves goggles to protect my eyes and body armor" and that "[w]e also got walkie talkies." **HAZARD** stated he was "really proud of [Co-conspirator 1] for spearheading this whole deal and making it happen. He's smart he's strategic and he's been to war. He makes a great president of our chapter of the Patriot boys."

23.     On January 3, 2021, in a Facebook conversation with another individual ("Individual-1"), **HAZARD** attempted to recruit Individual-1 to join the militia group. During that conversation, the following exchange occurred:

Individual-1:  Hazard are you going to dc

**HAZARD:**     Yeah we leave in the morning.

**HAZARD:** Wanna go bust some head's with us??

Individual-1: Let me see if I can get off work I will drive

**HAZARD:** We probably got body armor for you and probably a pair of knuckle gloves. You'll want a helmet and maybe eye protection. And unfortunately DC is a very liberal place with terrible gun laws. So we are having to leave all guns here in Texas.

\* \* \*

Individual-1: Are you ready?

**HAZARD:** Yeah brother I'm ready. I got a helmet today I got knuckle gloves I got goggles I got a body armor. And I just checked we have a helmet for you we have gloves we have body armor only thing you might need is some safety glasses. And [Co-conspirator 1] said you're more than welcome to drive and meet us out there or you're more than welcome to just jump in with us tomorrow at 9 a.m. and head out there with us. But like I said earlier and he said the same thing we'd love to have you.

**HAZARD:** We also have a patriot boys hoodie for you. Which is uniform.

\* \* \*

**HAZARD:** Our militia group is called the Patriot boys. We're directly affiliated with the proud boys. So we have literally thousands upon thousands of members backing us up.

\* \* \*

**HAZARD:** Friend request [Co-conspirator 1]. He's the president of this chapter and I'm riding out there with him. I won't have phone service so friend request him so that we can stay in communication.

24.    On or about January 3, 2021, **HAZARD** commented on Facebook, in part "[A]ll you shady treasonous demacrats!! All Democrat/communist politicians should be hung for treason." That same day, **HAZARD** also wrote on Facebook, in part "And as for militia groups. The one I'm in is all about the Constitution so make no mistake about that. Also we have sat by and tried to be peaceful while watching antifa and BLM terrorize America with no repercussions.

8

So the time to sit back and be peaceful is over. There's a Civil War coming and I for one will be on the front lines taking out as many of those sons of bitches as I possibly can."

25.     On January 3, 2021, **HAZARD** also commented on Facebook, in part, "Joe Biden Kamala Harris and the whole Democratic Party are nothing but a bunch of worthless communist whose sole purpose is nothing but to do away with the Constitution and take all of our freedoms away. They've made it perfectly clear they're rolling with black lives matter and antifa thugs. Well I'm rolling with a bunch of patriot militia men. So Uncle Joe I'm heading out to DC tomorrow. And you can bet I'm gonna bust as many antifa and BLM skulls as I possibly can for you. So much love for you even though in this fight between good and evil. You sir are on the wrong side."

*January 6, 2021: Hazard's Participation in the Capitol Riot*

26.     As **HAZARD** marched in Washington D.C. on January 6, 2021, a video by a news organization captured **HAZARD** stating, "Make sure you get my face and everything on your news channel. I want the enemy to know exactly who is coming after them."

27.     At or about 2:10 p.m. on January 6, 2021, **HAZARD** and Co-conspirator 1 positioned themselves on the west side of the Capitol building along a police line protecting the west side of the Capitol building. **HAZARD**, Co-conspirator 1 and other rioters yelled at the police officers. In particular, **HAZARD** yelled "We're patriots, motherfucker!" while slapping the tactical vest he was wearing, and continued "Fuck you! You're bought out by China, you communist fuck!"

28.     A video posted to Hazard's Facebook account in the early morning hours of January 7, 2021 shows him wearing a tan tactical vest, a black sweater with a red shirt or sweatshirt underneath, and a black helmet with what appears to be a Confederate flag on the top.

In the video, **HAZARD** states, "We are storming our Nation's Capitol. This is America. Look at all these patriots. We are storming the fucking Capitol."

29.    **HAZARD** entered the Capitol building at approximately 2:56 p.m. and was present in a hallway in the northwest side of the U.S. Capitol building and in the Parliamentarian's office before being pushed out of the building at approximately 3:01 p.m. by police officers.

30.    A video posted to **HAZARD**'s Facebook account in the early morning hours of January 7, 2021 depicts **HAZARD** inside the Capitol building. In the background, the crowd is chanting "Whose house? Our house." In the video, **HAZARD** states "So you want to be a Patriot? This is what it looks like. We have stormed our nation's capitol. We're in. Look at all these good patriots here. I've been maced. I've been beat up by cops. Shit's getting real here in D.C."

31.    A video posted to **HAZARD**'s Facebook account late in the day on January 6, 2021, shows **HAZARD** standing near scaffolding erected on the west side of the Capitol. He states, "What up everybody back home? We're here at the nation's capital and we're storming it. We're taking the Capitol. Shit is real here. This is America baby."

32.    Outside the Capitol, **HAZARD** assaulted United States Capitol Police officers T.S. and T.L. under a scaffolding erected on the west side of the U.S. Capitol building as **HAZARD** attempted to make his way up the steps. **HAZARD** fought with Officer T.S. and the two fell. **HAZARD** landed on top of Officer T.S. and continued to wrestle with Officer T.S. Officer T.L. watched **HAZARD** grab Officer T.S. and pull him down as **HAZARD** fell. Officer T.L. also fell and attempted to cover Officer T.S.'s service weapon as **HAZARD** yelled to the crowd "Get the gun!"

33.     Officer T.S. was knocked unconscious and sustained injuries to his head, foot, and arm.

34.     Co-conspirator 1 also assaulted officers at the U.S. Capitol. At approximately 2:23 p.m., on the west side of the U.S. Capitol building, Co-conspirator 1 assaulted Metropolitan Police Department Sergeant K.K. by attempting to grab a canister of crowd-control spray away from Sergeant K.K. Moments later, Co-conspirator 1 picked up a long pole and swung it at Sergeant K.K. Approximately 50 minutes later, Co-conspirator 1 made his way to the lower terrace of the west side of the Capitol building. Along with other rioters, he pushed his way into the passage-way and pushed on the riot shields of officers. He also swung his arm at Metropolitan Police Department Officer M.F. as he was dragged from the tunnel into the crowd outside.

### Hazard's Comments Following his Participation in the Capitol Riot

35.     From the late evening of January 6, 2021 through on or about January 7, 2021, **HAZARD** made the following comments or sent the following messages, among others, on Facebook:

- yeah that's true. And if the election wasn't stolen none of us would have went there.

- I'm here in dc now. They were here but we went hunting last night and found them at BLM plaza. We tried to kick they're ass and dc pd saved them. They realized they'd get killed if they showed up

- 1st time since the 1800s!!! Now they knowlike the Patriots are pissed!!! key board warriors???? I'm a trump supporter and I stormed our nation's capital today!!! Wtf have you done lately???how about you just sit on your couch, shut your mouth and let Patriots like myself handle our country's business!!!!

- Hey no worries. It's a sad day when Patriots have to fight law enforcement but they turned on us so they get what they got.

- it wasn't easy at all. I had to fight several cops.and didn't make it on my 1st

11

attempt. I charged the cops and got in a fight with a lot of them. I got beat tup and beat with they're clubs and maced. But the 2nd time I won!!

- Yeah as a Democrat I guess so. however if you're a patriot then you would realize we made a huge bold statement today. And that statement is the Patriots have had enough!!! Make no mistake about it. What we did today was totally epic!!! We took over the capital and had Democrat politicians hiding like the cowards they are. And Mike pence is a coward 2. He had to run away through an underground tunnel and be flown away. We made history today. The capital hasn't been taken since the 1800s. Until we came to town.

- I'm fantastic!! The way I see it :it was an honor to be here and be apart of something so epic!!! And If I died here today it would be an honor as well!!!!

- The Intel we got was antifa wanted to dress like us to be on the dl.so we didn't wear our colors neither. But we ran across antifa last night in blm plaza and the cops protected them. The cops pepper sprayed the hell out of me.

- So I just seen a video of the police intentionally opening the barricades to let protestors in like they were doors or something. And no one was even fighting or anything. They just calmly opened them. There's also a video showing the police at the capital intentionally provoking peaceful protestors at the capital by shooting gas into the crowd and non lethal rounds when the crowd wasn't even fighting or anything. It's crazy how this is being spun and it's not right. There's also evidence of ANITFA in the crowd and paid crisis actors. What the media is showing is the after effects. It's not showing how it started. In my opinion the whole thing was as set up. A straight up set up.

- well Mike Pence had to run and hide underground and be helicoptered out so. I'd say we made a f****** point.!!!

- like I said I was there and we stormed the capital. We made history today. Now Washington DC knows the Patriots are pissed !! I st time since the 1800s.

- I'm beat up been maced gased had flashbang grenades thrown at me beat down by the cops. But I'm blessed and wouldn't have it any other way.

- Thanks brother. But really all it is I'm scare of losing our country. So it's time to fight. It's time for war.

- Dude if you wanna throw down I am all about it and I certainly wouldn't report you to anyone. And as for what happened today. We the people had an election stolen from us so we took our capital/NOT THERE's back. IF THIS WAS BACK IN THE DAY OUR FORFATHERS WOULD HAVE STORMED IN AND DRUG POLITICANS OUT AND HUNG THEM FOR TREASON.

36.     Following the riot at the Capitol, **HAZARD** continued to recruit members for the militia group using Facebook. For example, on January 6, 2021, **HAZARD** engaged in the following exchange:

Individual-2:  HELL YEAH!!! How do I go about joining a Patriot Group?

**HAZARD:**     You can join our militia now. Friend request [Co-conspirator 1]. He's president of the patriot boy's.

37.     Between on or about January 7, 2021 and January 8, 2021, **HAZARD** engaged in the following recruitment exchange:

Individual-3:  I want in damn it

**HAZARD:**     Cool!! Just message [Co-conspirator 1] and tell him you wanna join.

**HAZARD:**     He said let us get home and we'll handle it then.

\* \* \*

Individual-3:  Will we need to need up

**HAZARD:**     Yeah so you can get your hoodie/colors uniform. Plus [Co-conspirator 1] will want to meet you.

\* \* \*

**HAZARD:**     Well hit [Co-conspirator 1] up and start talking to him personally. We have a meeting Saturday night.

Individual-3:  Okay

**HAZARD:**     But seriously start messaging him and he'll tell you exactly what to do. All I can really do is vouch for you which will be enough. But he's the president of our chapter so he's got final say so. But trust me he's totally cool. As long as you love this country and you're a trump supporter and you're down for the cause you're good.

38.     On January 11, 2021, **HAZARD** engaged in additional recruitment in the following exchange:

| | |
|---|---|
| **HAZARD:** | My organization has people who specialize in gathering intel. Wich I think would be right up your alley. Matter of fact I'd say you'd be perfect for it. Don't know if you've ever thought about joining a millita before? But if so hollar. |
| Individual-4: | Who you with?? |
| Individual-4: | I know some PB |
| **HAZARD:** | I'm with patriot boy's. We're affiliated with the proud boys. |
| **HAZARD:** | In dc that's who we were rooming with and hanging with. Great bunch of folks. |

39.     On or about January 9, 2021, Co-conspirator 1 messaged **HAZARD** on Facebook, stating "remember to keep quite [sic] this week." On January 13, 2021, **HAZARD** asked Co-conspirator 1 to return his gun to him, stating "I've been stressing not having a gun in the house. Especially in these times." Later in the conversation, Co-conspirator 1 stated "Great. See you tonight. Remember don't talk about certain things to anyone. You know what I mean" to which **HAZARD** responded, "Yep I know exactly what you mean."

40.     On or about January 14, 2021, **HAZARD** replied to a comment on Facebook and stated "I call them treasonous traitors. And I wish we could start hanging politicians again for treason like we used to. because that's exactly what they deserve." That same day, when another used asked if he was "nervous" about "[g]oing to DC," **HAZARD** responded that he was not worried because "worst I could receive would be a misdemeanor." **HAZARD** further explained "we're definitely going to have a civil war it looks like no matter what the decision made. And probably possibly Revolutionary War World War." In a message to another user that day, **HAZARD** stated, "I found out the worst I could be facing was a misdemeanor. Now I wish I hadn't erased my pics and videos."

(In violation of Title 18, United States Code, Section 1512(k))

14

## COUNT TWO
### (18 U.S.C. §§ 1512(c)(2), and 2—Obstruction of an Official Proceeding and Aiding and Abetting)

41.    Paragraphs 1 through 12 and paragraphs 15 through 40 of this Indictment are realleged and incorporated as though set forth herein.

42.    On or about January 6, 2021, within the District of Columbia and elsewhere, **DONALD HAZARD**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

(In violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT THREE
### (18 U.S.C. § 231(a)(3)—Civil Disorder)

43.    Paragraphs 1 through 12 and paragraphs 15 through 40 of this Indictment are realleged and incorporated as though set forth herein.

44.    On or about January 6, 2021, within the District of Columbia, **DONALD HAZARD**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(In violation of Title 18, United States Code, Section 231(a)(3))

## COUNT FOUR
### (18 U.S.C. §§ 111(a)(1) and (b)—Assaulting, Resisting, Impeding and Inflicting Bodily Injury on Certain Officers)

45.     Paragraphs 1 through 12 and paragraphs 15 through 40 of this Indictment are realleged and incorporated as though set forth herein.

46.     On or about January 6, 2021, within the District of Columbia, **DONALD HAZARD**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and inflict bodily injury on, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, T.S., an officer from the United States Capitol Police, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(In violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT FIVE
### (18 U.S.C. §§ 111(a)(1)—Assaulting, Resisting, or Impeding Certain Officers)

47.     Paragraphs 1 through 12 and paragraphs 15 through 40 of this Indictment are realleged and incorporated as though set forth herein.

48.     On or about January 6, 2021, within the District of Columbia, **DONALD HAZARD**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, T.L., an officer from the United States Capitol Police, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(In violation of Title 18, United States Code, Sections 111(a)(1))

16

**COUNT SIX**
**(18 U.S.C. § 1752(a)(1)—Entering and Remaining in a Restricted Building or Grounds)**

49.     Paragraphs 1 through 12 and paragraphs 15 through 40 of this Indictment are realleged and incorporated as though set forth herein.

50.     On or about January 6, 2021, within the District of Columbia, **DONALD HAZARD,** did knowingly enter and remain in restricted grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(In violation of Title 18, United States Code, Section 1752(a)(1))

**COUNT SEVEN**
**(18 U.S.C. § 1752(a)(2)—Disorderly and Disruptive Conduct in a Restricted Building or Grounds)**

51.     Paragraphs 1 through 12 and paragraphs 15 through 40 of this Indictment are realleged and incorporated as though set forth herein.

52.     On or about January 6, 2021, within the District of Columbia, **DONALD HAZARD,** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(In violation of Title 18, United States Code, Sections 1752(a)(2))

## COUNT EIGHT
### (18 U.S.C. §§ 1752(a)(4)—Engaging in Physical Violence in a Restricted Building or Grounds)

53.     Paragraphs 1 through 12 and paragraphs 15 through 40 of this Indictment are realleged and incorporated as though set forth herein.

54.     On or about January 6, 2021, within the District of Columbia, **DONALD HAZARD**, did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting.

(In violation of Title 18, United States Code, Sections 1752(a)(4))

## COUNT NINE
### (40 U.S.C. § 5104(e)(2)(D)—Disorderly Conduct in a Capitol Building or Grounds)

55.     Paragraphs 1 through 12 and paragraphs 15 through 40 of this Indictment are realleged and incorporated as though set forth herein.

56.     On or about January 6, 2021, within the District of Columbia, **DONALD HAZARD**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(In violation of Title 40, United States Code, Section 5104(e)(2)(D)

## COUNT TEN
### (40 U.S.C. § 5104(e)(2)(F)—Act of Physical Violence in the Capitol Grounds or Buildings)

57.     Paragraphs 1 through 12 and paragraphs 15 through 40 of this Indictment are realleged and incorporated as though set forth herein.

58.    On or about January 6, 2021, within the District of Columbia, **DONALD HAZARD**, willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds.

(In violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

*Matthew Graves* /rnd

Attorney of the United States in
and for the District of Columbia.