**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CR. NO. 22-117 (JDB)** |
| **DONALD HAZARD** | ) | |
| | ) | |

**RESPONSE TO GOVERNMENT'S NOTICE OF RELATED CASE**

  Donald Hazard, through undersigned counsel, respectfully notifies this Honorable Court

that the defense has no objection to the designation of this case as related to *United States v.*

*Denney*, No. 22-cr-70.

        Respectfully Submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

           /s/
        _____
        Ubong E. Akpan
        Assistant Federal Public Defender
        625 Indiana Ave., N.W.
        Washington, D.C.  20004
        (202) 208-7500

## <u>CERTIFICATE OF SERVICE</u>

I, Ubong E. Akpan, certify that on this 11th day of April 2022, I caused a copy of the

foregoing Response to be filed through the Electronic Case Filing ("ECF") system and served a

copy on counsel for the government through the ECF.


_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender