IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CASE NO. 22 Cr. 117 (RDM) |
| **DONALD HAZARD** | : | |

## MOTION TO DOCKET REDACTED SENTENCING MEMORANDUM

The United States of America, by and through its undersigned counsel, respectfully move for an order to publicly docket a redacted version of the Government's Sentencing Memorandum.

The proposed redactions pertain to information from the medical records of officers with the United States Capitol Police and Metropolitan Police Department, descriptions of injuries sustained by those officers on January 6, 2021, and information pertaining to those officers' prognoses.

In order to protect the officers' privacy, the Government requests that the version of the Sentencing Memorandum filed on the public docket be redacted to remove such information.

The Government has conferred with defense counsel, who does not object to this request.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court publicly docket a reacted version of the Government's Sentencing Memorandum.

Respectfully submitted,

Matthew M. Graves
United States Attorney

BY:     */s/ Benet J. Kearney*
Benet J. Kearney
NY Bar No. 4774048
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(212) 637-2260
Benet.Kearney@usdoj.gov